# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

CHUN-LING JOCELYN CHEN, ET AL.

*Plaintiff*

v.

Civil Action No.:
**1:19-CV-10481-RGS**

PAT'S PEAK, INC.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PAT'S PEAK, INC.
686 FLANDERS ROAD
HENNIKER, NH 03242

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*WHITFIELD SHARP & HITCHCOCK, LLC*
*196 ATLANTIC AVENUE*
*MARBLEHEAD MA 01945*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Arnold Pacho
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2019-03-15 13:54:15.0, Clerk USDC DMA

Civil Action No.: **1:19-CV-10481-RGS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Pats Peak Inc.__

was received by me on (date) __3/18/19__.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) __Linda White - Business Director__, who is
designated by law to accept service of process on behalf of (name of organization)
__Pats Peak, Inc.__ on (date) __3/29/19__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ __65__.

I declare under penalty of perjury that this information is true.

__4/1/19__
*Date*

__[signature]__
*Server's Signature*

__Kristin Nason__
*Printed name and title*

__75 S. Main St, 7-302, Concord NH 03301__
*Server's Address*

Additional information regarding attempted service, etc: