**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHUN-LING JOCELYN CHEN and KAI CHAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PAT'S PEAK, INC., | ) ) | CASE NO: 19-10481 |
| Defendant. | ) | |

### ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER JURISDICTION TO NH DISTRICT COURT

The Plaintiffs, Chun-Ling Jocelyn Chen and Kai Chan, request that the Court allow an extension of time for filing their opposition to the Defendant's Motion to Dismiss, or in the Alternative, to Transfer Jurisdiction to NH District Court (ECF Documents 8, 9) filed April 26, 2019.  As grounds, Plaintiffs state that their counsel has been out of state on other matters, and needed more time to prepare an opposition.  Counsel have conferred, and agreed that a 21-day extension of time would not prejudice either parties' rights at this time.

Wherefore the Plaintiffs request that the due date for submission of the opposition be extended to May 31, 2019.


Respectfully Submitted,
Plaintiffs by counsel;


_____/s/ *Randy M. Hitchcock*_____

Randy M Hitchcock  BBO #561511
Elaine Whitfield Sharp BBO #565522
Whitfield Sharp & Hitchcock, LLC
196 Atlantic Ave.
Marblehead  MA  01945
(781)639-1862

Assented-to:

 /s/ Timothy Tapply, authorized by email
Timothy Tapply, Esq.
BBO #651558
ttapply@brandtapply.com
Brand & Tapply, LLC
555 Washington St., Suite 6
Wellesley MA 02482
(781) 431-7878


    I, Randy M. Hitchcock, hereby certify that on March 14, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all parties or their counsel of record.

                                         /s/ *RANDY M. HITCHCOCK*
                                         Randy M. Hitchcock