**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHUN-LING JOCELYN CHEN and KAI CHAN, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| PAT'S PEAK, INC., | ) ) | CASE NO: 19-10481 |
| Defendant. | ) | |

**ASSENTED-TO MOTION FOR FURTHER 10-DAY EXTENSION OF TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER JURISDICTION TO NH DISTRICT COURT**

The Plaintiffs, Chun-Ling Jocelyn Chen and Kai Chan, hereby file this assented-to motion that the Court allow a further 10-day extension of time for filing their opposition to the Defendant's Motion to Dismiss, or in the Alternative, to Transfer Jurisdiction to NH District Court (ECF Documents 8, 9) filed April 26, 2019.  As grounds, the parties state that they are jointly working on resolution of the jurisdictional issues and may enter into an agreement thereby.  Counsel have conferred, and agreed that a 10-day extension of time would not prejudice either parties' rights at this time and in fact may lead to a resolution of the immediate jurisdictional issue.

Wherefore the Plaintiffs request that the due date for submission of the opposition be extended to June 10, 2019.


Respectfully Submitted,
Plaintiffs by counsel;

    /s/ *Randy M. Hitchcock*
Randy M Hitchcock  BBO #561511
Elaine Whitfield Sharp BBO #565522
Whitfield Sharp & Hitchcock, LLC
196 Atlantic Ave.
Marblehead  MA  01945
(781)639-1862

Assented-to:

 /s/ Timothy Tapply, authorized by email
Timothy Tapply, Esq.
BBO #651558
ttapply@brandtapply.com
Brand & Tapply, LLC
555 Washington St., Suite 6
Wellesley MA 02482
(781) 431-7878


    I, Randy M. Hitchcock, hereby certify that on May 31, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all parties or their counsel of record.

                                                          /s/ RANDY M. HITCHCOCK
                                                          Randy M. Hitchcock