**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHUN-LING JOCELYN CHEN and KAI CHAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| PAT'S PEAK, INC., | ) ) | **CASE NO: 19-10481** |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL PURSUANT TO F.R.CIV.P. RULE 41(A)(1)(ii)**

Now come the parties, and hereby stipulate to the dismissal of this matter pursuant to F.R.Civ.P. Rule 41(A)(1)(ii), with prejudice and without costs.

Respectfully Submitted,
Plaintiffs by counsel;


       /s/ *Randy M. Hitchcock*
Randy M Hitchcock  BBO #561511
Elaine Whitfield Sharp BBO #565522
Whitfield Sharp & Hitchcock, LLC
196 Atlantic Ave.
Marblehead  MA  01945
(781)639-1862

Defendant, by counsel;

         /s/ *Timothy Tapply*
Timothy W. Tapply, Esq.
BBO# 651558
ttapply@brandtapply.com
Brand & Tapply, LLC
555 Washington St., Suite 6
Wellesley, MA 02482
(781) 431-7878